| B104 (Rev. 8/87) | ADVERSARY PROCEEDING<br>ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|---|

FILING FEE PAID

| PLAINTIFFS<br><br>MICAELA BURKE | DEFENDANTS<br><br>JOSEPH R. NERONHA and<br>MARIA A. NERONHA |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Douglas W. McCormac<br>S.E. Mass. Legal Assistance Corp.<br>21 South Sixth Street /(508) 979-<br>New Bedford, MA 02740 / 7150 | ATTORNEYS (If Known)<br>Robert S. Simonian<br>154 North Main Street<br>Suite 5<br>Fall River, MA 02721 |

PARTY (Check one box only)   ☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☒ 3 U.S. NOT A PARTY

CAUSE OF ACTION (Write a brief statement of cause of action, including all U.S. Statutes involved)
COMPLAINT TO EXCEPT DEBT FROM DISCHARGE pursuant to 11 U.S.C. §523(a)(6) for Defendant Joseph R. Neronha's debt to the Plaintiff for willful and malicious injury, i.e., the award of the Massachusetts Commission Against Discrimination (11/17/03).

### NATURE OF SUIT
(Check the one most appropriate box only)

☐ 454  To Recover Money or Property
☐ 435  To Determine Validity, Priority, or Extent of a Lien or Other Interest In Property
☐ 458  To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424  To object or to revoke a discharge 11 U.S.C. § 727

☐ 455  To revoke an order of confirmation of a Chap. 11 or Chap. 13 Plan
☒ 426  To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434  To obtain an injunction or other equitable relief.
☐ 457  To subordinate any allowed claim or interest except where such subordination is provided in a plan.

☐ 456  To obtain a declaratory judgement relating to any of foregoing causes of action
☐ 459  To determine a claim or cause of action removed to a bankruptcy court
☐ 498  Other (Specify)

| ORIGIN OF PROCEEDINGS (Check one box only) | ☒ 1. Original Proceeding | ☐ 2. Removed Proceeding | ☐ 4. Reinstated or Reopened | ☐ 5. Transferred from Another Bankruptcy | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|
| DEMAND | NEAREST THOUSAND<br>$ 69,000 | OTHER RELIEF SOUGHT | | | ☐ JURY DEMAND |

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR  Joseph R. Neronha and Maria A. Neronha | BANKRUPTCY CASE NO.  04-10219 cjk |
|---|---|
| DISTRICT IN WHICH CASE IS PENDING  Massachusetts | DIVISIONAL OFFICE  Eastern | NAME OF JUDGE  Carol J. Kenner |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

FILING FEE (Check one box only)   ☐ FEE ATTACHED   ☐ FEE NOT REQUIRED   ☐ FEE IS DEFERRED

| DATE<br>March 29, 2004 | PRINT NAME<br>Douglas W. McCormac | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*Douglas W. McCormac* |
|---|---|---|

ADVERSARY PROCEEDING COVER SHEET

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS APR 01 '04 AM 11:38 USB

| | |
|---|---|
| In re Joseph R. Neronha and Maria A. Neronha | Case No. 04-10219 cjk<br>Chapter 7 |
| MICAELA BURKE,<br>    Plaintiff | FILING FEE PAID |
| vs. | |
| JOSEPH R. NERONHA<br>and MARIA A. NERONHA,<br>    Defendants | Adversary Proceeding No. _____ |

## COMPLAINT TO EXCEPT DEBT FROM DISCHARGE

1. The Plaintiff, Micaela Burke, who resides at 889 Church Avenue, Warwick, Rhode Island, is a creditor of the debtor, Joseph R. Neronha.

2. The Defendants, Joseph R. Neronha and Maria A. Neronha, who reside at 54 Bay Street, Fall River, Massachusetts, are co-petitioners in the above-captioned bankruptcy action, and Joseph R. Neronha is the Plaintiff's debtor.

3. The Bankruptcy Court has jurisdiction of this Complaint pursuant to 28 U.S.C. §§1334 and 157(b)(2)(I).

4. The Defendant's debt to the Plaintiff for which an exception from discharge is sought is in the present amount of sixty-nine thousand four-hundred thirty-three dollars and three cents ($69,433.03). The Plaintiff herewith has filed her Proof of Claim (which is incorporated herein by reference).

5. The Defendant's debt to the Plaintiff was established by a final order of the Massachusetts Commission Against Discrimination ("MCAD"), One Ashburton Place, Boston,

MA 02108, made on November 17, 2003, as a result of the MCAD's findings against the Defendant, Joseph R. Neronha, of unlawful discrimination on the basis of sex.

6. The Defendant has not appealed or sought judicial review of the MCAD order and award; and the Defendant has not paid the MCAD award to the Plaintiff.

7. The debt of the Defendant Joseph R. Neronha is owed to the Plaintiff Micaela Burke for the willful and malicious injury by the debtor to the creditor.

8. The actions of the Defendant, Joseph R. Neronha, against the Plaintiff, Micaela Burke, caused the Plaintiff injuries for which the MCAD order and award compensated her.

9. The said actions of the Defendant, Joseph R. Neronha, were willful.

10. The said actions of the Defendant, Joseph R. Neronha, were malicious.

WHEREFORE, the Plaintiff prays that the Honorable Court shall order and adjudge that the Defendants' debt to their creditor, Micaela Burke, shall not be discharged and shall be excepted from discharge, as an obligation arising out of the debtor's willful and malicious injury, pursuant to 11 U.S.C. §523(a)(6), and that the automatic stay on further legal proceedings to collect this debt shall be lifted, and such other relief as may be warranted.

Dated: March 29, 2004

*Douglas W. McCormac*
Douglas W. McCormac
Southeastern Massachusetts
 Legal Assistance Corporation
21 South Sixth Street
New Bedford, MA 02740
(508) 979-7150
Mass. B.B.O. #550801

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re Joseph R. Neronha and Maria A. Neronha | ) ) ) ) | Case No. 04-10219 cjk<br>Chapter 7 |
| MICAELA BURKE,<br>    Plaintiff | ) ) ) ) | APR 01 '04 AM 11:38 USB |
| vs. | ) ) | |
| JOSEPH R. NERONHA<br>and MARIA A. NERONHA,<br>    Defendants | ) ) ) ) | Adversary Proceeding No. _____ |

## CERTIFICATE OF ATTORNEY

I, Douglas W. McCormac, hereby certify that the following statements are true to the best of my knowledge:

1. I am a member of the Massachusetts Bar, B.B.O registration number 550801.

2. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

Signed under the pains and penalties of perjury on this 29th day of March, 2004.

Dated: March 29, 2004

_[signature]_
Douglas W. McCormac
Southeastern Massachusetts
 Legal Assistance Corporation
21 South Sixth Street
New Bedford, MA 02740
(508) 979-7150